## CALIFORNIA DEMOCRATIC COUNCIL ET AL. *v.* ARNEBERGH ET AL.

No. 583. Decided December 6, 1965.

*Leon M. Cooper* for appellants.

*Thomas C. Lynch,* Attorney General of California, *Charles A. Barrett,* Assistant Attorney General, *Sanford N. Gruskin,* Deputy Attorney General, *Harold W. Kennedy, Roger Arnebergh, pro se,* and *Bourke Jones* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## NEHRING *v.* GERRITY.

No. 614. Decided December 6, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.